IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 4:05CR3063 |
| DENNIS CANBY, | ) ) ) |
| Defendant. | ) ) |

## ORDER

THIS MATTER comes before the Court on defendant's Unopposed Motion to Continue Trial, filing 18, from August 15, 2005, to a date certain in 60 days. The Court, being fully advised in the premises, and noting that the government has no objection, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the trial in this matter shall be continued until the 24th day of October , 2005. This Court further finds that, based upon the showing set forth in defendant's Motion, the ends of justice will be served by extending the trial date. Further, that taking such action outweighs the best interests of the public and the defendant in a speedy trial. Accordingly, the time from August 15, 2005, until the new trial date shall be excluded from any speedy trial calculation pursuant to 18 U.S.C. §3161(h)(8)(A).

Dated this 11th day of August, 2005.

BY THE COURT

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge