IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2005 SEP 12 PM 2:50

OFFICE OF THE CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 4:05CR3063 |
| v. ) | |
| ) | |
| DENNIS W. CANBY, ) | |
| ) | |
| Defendant. ) | |

### ORDER

THIS MATTER comes before the Court on defendant's Request to File Motion Under Seal, filing ____. The Court, being fully advised in the premises, finds that said Motion should be granted.

IT IS THEREFORE ORDERED that, pursuant to NECrimR 49.3(c) and (d), the Clerk shall file defendant's Motion to Modify Order Setting Conditions of Release and Order under seal.

DATED this 12th day of September, 2005.

BY THE COURT:

*[signature]*
The Honorable David L. Piester
United States Magistrate Judge