IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | Case No. 4:05CR3063 |
| DENNIS CANBY, ) | |
| Defendant. ) | |

## ORDER

THIS MATTER comes before the Court on defendant's Motion to permit Mr. Canby to be released from the Marshal's custody and to become involved with long-term inpatient treatment at the Stephen's Center in Omaha, NE. The Court, being fully advised in the premises, and noting that the Probation Office has no objection, finds that said Motion should be granted.

IT IS THEREFORE ORDERED that Mr. Canby shall be released from Marshal's custody on Wednesday, November 26, 2008, no later than 9:30 a.m. He is, thereafter, to be transported from Marshal's custody by a member of the Federal Public Defender's Office, to the Stephen's Center located in Omaha, NE. Mr. Canby is further ordered to comply with all rules and policies of the Stephen's Center and, upon any unsuccessful discharge from said program, to report immediately to the United States Marshals office in Omaha, NE. All other conditions of Mr. Canby's supervised release which are not inconsistent with this order shall remain in full force and effect.

DATED this 24th day of November, 2008.

BY THE COURT:
s/ *Richard G. Kopf*
United States District Judge