IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CR3063 |
| | ) | |
| v. | ) | |
| | ) | **MEMORANDUM** |
| DENNIS W. CANBY, | ) | **AND ORDER** |
| | ) | |
| Defendant. | ) | |

    I spoke by telephone today with counsel. Mr. Vanderslice reported that the defendant is currently serving his state jail sentence and is awaiting resolution of other state charges. Mr. Vanderslice also reported that once released from state custody, Mr. Canby will return to the treatment center. With that in mind,

    IT IS ORDERED:

1. This matter is continued until March 19, 2009, at 12:00 noon. At that time, the defendant shall appear and admit or deny the allegations of the amended petition (filing [62](#)).

2. If released from state custody, the defendant shall comply with all previous orders of the court and the directions of the probation officer.

3. My chambers shall provide the United States Probation Officer assigned to this case with a copy of this memorandum and order.

January 22, 2009.        BY THE COURT:

                                        *s/Richard G. Kopf*
                                        United States District Judge