IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | Case No. 4:05CR3063 |
| DENNIS W. CANBY, ) | |
| Defendant. ) | |

## ORDER

THIS MATTER comes before the Court on defendant's Unopposed Motion to Continue Revocation Hearing, filing 72, now set for March 19, 2009, at 12:00 noon until a date certain after April 16, 2009. The Court, being fully advised in the premises, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the revocation hearing scheduled in this case shall be continued until the 23rd day of April, 2009, at 1:30 p.m. The defendant is ordered to appear at such time.

Dated this 19th day of March, 2009.

BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge