IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CR3063 |
| | ) | |
| V. | ) | |
| | ) | |
| DENNIS W. CANBY, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

At defense counsel's request,

IT IS ORDERED that Defendant Canby's initial appearance and revocation hearing are scheduled on Thursday, April 8, 2010, at 1:30 p.m., before the undersigned United States district judge. The United States Marshal Service shall return the defendant to the district for the hearing.

DATED this 6th day of April, 2010.

BY THE COURT:

*Richard G. Kopf*
United States District Judge